**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | | |
|---|---|---|
| **PATSY A. DOMBROWSKI,** | ) | CV-06-39-BLG-RFC |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER ADOPTING FINDINGS** |
| | ) | **AND RECOMMENDATIONS OF** |
| **JO ANNE B. BARNHART,** | ) | **U.S. MAGISTRATE JUDGE** |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  On September 6, 2006, United States Magistrate Judge Richard W. Anderson entered his Findings and Recommendation. Magistrate Judge Anderson recommends this Court grant Defendant's motion to dismiss and that the Complaint in this action be dismissed.

  Upon service of a magistrate judge's findings and recommendation, a party has 10 days to file written objections. 28 U.S.C. § 636(b)(1). In this matter, no party filed objections to the January 10, 2006 Findings and Recommendation. Failure to object to a magistrate judge's findings and recommendation waives all objections to the findings of fact. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1999). However, failure to object does not relieve this Court of its

1

burden to review de novo the magistrate judge's conclusions of law.  *Barilla v. Ervin*, 886 F.2d 1514, 1518 (9th Cir. 1989).

After a review of the record and applicable law, this Court finds Magistrate Judge Anderson's Findings and Recommendation are well grounded in law and fact and adopts them in their entirety.

Accordingly, **IT IS HEREBY ORDERED** Defendant's motion to dismiss (*Doc. 12*) is **GRANTED**.

The Clerk of Court shall notify the parties of the making of this Order.

DATED the 2d day of October, 2006.

       _/s/ Richard F. Cebull_____
       RICHARD F. CEBULL
       UNITED STATES DISTRICT JUDGE

CC:
Patsy Dombrowski, Pro Se
Leif Johnson